**Jeffry PALUGA, Appellant,**

v.

**Gisela PALUGA, Respondent.**

**No. ED 77463.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 20, 2001.

Nathan S. Cohen, Eric B. Krauss, Clayton, MO, for appellant.

Craig G. Kallen III, Clayton, MO, for respondent.

Before AHRENS, P.J., CRANDALL and JAMES R. DOWD, JJ.

#### ORDER

Jeffry M. Paluga appeals from the decree of dissolution of his marriage to Gisela A. Paluga.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).